```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   19cv5548 (DLC)
HAMILTON SPECIALTY INSURANCE COMPANY,     :
INC.,                                     :
                                          :          ORDER
                        Plaintiff,        :
                                          :
            -v-                           :
                                          :
KINSALE INSURANCE COMPANY,                :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The parties having requested to present their respective cases on written submission to the Court, it is hereby

ORDERED that the parties' request is granted. The parties need not appear on March 9, 2020.

IT IS FURTHER ORDERED that the Court will advise the parties if oral argument is necessary.

Dated:   New York, New York
         March 3, 2020

                                    _____
                                            DENISE COTE
                                     United States District Judge