# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HAMILTON SPECIALTY INSURANCE
COMPANY, INC.,

                    Plaintiff,                19 **CIVIL** 5548 (DLC)

            -against-                    **JUDGMENT**

KINSALE INSURANCE COMPANY,
                    Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 15, 2020, Kinsale is not required to cover the costs sought by Hamilton because coverage of those costs is excluded pursuant to the Kinsale Policy's Criminal Act Exclusion; judgment is entered for Kinsale and this case is closed.

**Dated:** New York, New York
        April 15, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                      **Clerk of Court**
                                    **BY:**
                                                        **Deputy Clerk**